```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:04-00171

**WILLIAM E. RICHMOND**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On December 30, 2013, the United States of America appeared by Joshua C. Hanks, Assistant United States Attorney, and the defendant, William E. Richmond, appeared in person and by his counsel, David R. Bungard, Assistant Federal Public Defender, for a hearing on the petition on supervised release and amendment thereto submitted by United States Probation Officer Joseph Black.  The defendant commenced a forty-two month term of supervised release in this action on September 26, 2012, as more fully set forth in the Supervised Release Revocation and Judgment order entered by the court on August 22, 2011.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respect:  the defendant committed the federal crime of distribution of cocaine base as evidenced by his guilty plea in this court on December 30, 2013, and the factual basis given in connection therewith, to Count Two of the three-count indictment filed on October 24, 2013, in Case No. 2:13-00272 charging a violation of 21 U.S.C. § 841(a)(1); all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

It is ORDERED that sentencing be continued so that it may be held at the same time as sentencing in Criminal No. 2:13-00272 and is accordingly scheduled for 1:30 p.m. on March 27, 2014.

The defendant was remanded to the custody of the United States Marshal pending sentencing.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: January 23, 2014

_____
John T. Copenhaver, Jr.
United States District Judge